**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–06512–jw                               Chapter: 13

**In re:**

Brian James Macdonald
aka Brian J. Macdonald, aka Brian MacDonald

| Entered By The Court 5/13/20 | **ORDER** | **Filed By The Court** 5/13/20 Laura A. Austin Clerk of Court US Bankruptcy Court |

Order Granting Request to Continue. The Confirmation Hearing is Continued. AND IT IS SO ORDERED. Signed by: Judge John E. Waites, US Bankruptcy Court – District of South Carolina (related document(s)[49], [35]). Hearing scheduled for 7/22/2020 at 10:00 AM at Charleston. The case judge is John E. Waites.

*/s/ John E. Waites*

United States Bankruptcy Judge