## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

Case Number: 19-06512-jw

### CONSENT ORDER MODIFYING STAY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**06/24/2020**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 06/24/2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 19-06512-jw |
| Brian James Macdonald | Chapter 13 |
| 5718 Captain Kidd Road<br>Hollywood, SC 29449 | **CONSENT ORDER GRANTING RELIEF FROM STAY TO CONTINUE OR PURSUE ACTION IN FAMILY COURT AND PROBATE COURT** |
| ***-**-9725 | |
| Debtor. | |

This matter comes before the Court upon the request of Brian James Macdonald for an Order granting relief from the automatic stay provided under 11 U.S.C. § 362(a) to permit Charleston County Family Court to adjudicate the following actions in Family Court:

☐ Divorce
☒ Child Support
☐ Alimony
☒ Equitable Distribution of Marital Property & Debts
☒ Other <u>Attorneys Fees, Court Costs, Expert Fees & Expenses, and to address matters before the Probate court handling the estate of Debtor's spouse, in case number 2020-ES-10-379.</u>

The parties consent to relief from the automatic stay. It is therefore,

ORDERED that relief from the automatic stay is granted to allow the Family Court to adjudicate the above-referenced actions and to accord such other relief as is appropriate under state law. However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the estate or to hold the Debtor in civil contempt. Notwithstanding any determination by the Family Court, property of the estate may be subject to further order of this Court.

**AND IT IS SO ORDERED.**

**WE SO MOVE AND CONSENT:**

/s/ *Wendi M. Freeman*
Attorney for Debtor
District Court I.D. 5336

/s/ *Sean Markham*
Attorney for Cathy Furlow, Executor of
Probate Estate of Leigh MacDonald
District Court I.D. 10145